# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand and fourteen,

_____

Joshua Stuart,

    Plaintiff - Appellee,

v.

Eric Paulding, Brian Robertson, Timothy Matthews,

    Defendants - Appellants,

Gary Short, Town of Ulster Police Officer, Seyfarth, Town of Ulster Police Officer, Robert Haberski, Detective,

    Defendants.

_____

**ORDER**
Docket No: 14-1207

    Counsel for APPELLANTS Eric Paulding, Brian Robertson and Timothy Matthews has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 5, 2014 as the brief filing date.

    It is HEREBY ORDERED that Appellants' brief must be filed on or before August 5, 2014. The appeal is dismissed effective August 5, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

